| State of Alabama Unified Judicial System | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER | Case Number 1:06CV925-H |
|---|---|---|
| Form C-10 Page 1 of 2   Rev. 2/95 | | |

RECEIVED
2006 OCT 12 A
DEBRA P. HACKETT,
U.S. DISTRICT COU
MIDDLE DISTRICT A

IN THE __United States District__ COURT OF __Montgomery County__, ALABAMA
(Circuit, District, or Municipal)   (Name of County or Municipality)

STYLE OF CASE: __Eddie Joe Seago, Sr.__ v. __Houston County Jail, et al.__
Plaintiff(s)                                                Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☒ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☒ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

### SECTION I.

1. **IDENTIFICATION**
   Full name __Eddie Joe Seago, Sr.__                          Date of birth __1-30-52__
   Spouse's full name (if married) __"Separated"__
   Complete home address __Incarcerated at Houston County Jail, 901 E. Main Street, Dothan, Alabama 36301__
   Number of people living in household __N/A__ "Incarcerated"
   Home telephone number __N/A__
   Occupation/Job __Incarcerated__   Length of employment __N/A__
   Driver's license number __None__   *Social Security Number __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__
   Employer __N/A__   Employer's telephone number __N/A__
   Employer's address __N/A Incarcerated__

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)
   ☐ AFDC   ☐ Food Stamps   ☐ SSI   ☐ Medicaid   ☐ Other __Incarcerated__

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
   Monthly Gross Income                                                    $ __0__
   Spouse's Monthly Gross Income (unless a marital offense)    __0__
   Other Earnings: Commissions, Bonuses, Interest Income, etc.   __0__
   Contributions from Other People Living in Household             __0__
   Unemployment/Workmen's Compensation,
   Social Security, Retirements, etc.                                         __0__
   Other Income (be specific) __0__                                         __0__
   **TOTAL MONTHLY GROSS INCOME**                          $ __0__

   Monthly Expenses:
   A. Living Expenses
   Rent/Mortgage                                                                $ __0__
   Total Utilities: Gas, Electricity, Water, etc.                              __0__
   Food                                                                                __0__
   Clothing                                                                           __0__
   Health Care/Medical                                                         __0__
   Insurance                                                                         __0__
   Car Payment(s)/Transportation Expenses                          __0__
   Loan Payment(s)                                                               __0__

*OPTIONAL

| Form C-10  Page 2 of 2   Rev. 2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |

Monthly Expenses: (cont'd page 1)
  Credit Card Payment(s)  ∅
  Educational/Employment Expenses  ∅
  Other Expenses (be specific) ∅  ∅

Sub-Total    A $ ∅

B.  Child Support Payment(s)/Alimony   $ ∅

Sub-Total    B $ ∅

C.  Exceptional Expenses   $ ∅

TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)   $ ∅

Total Gross Monthly Income less total monthly expenses

DISPOSABLE MONTHLY INCOME   $ _____

4.  LIQUID ASSETS:
  Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)   $ ∅
  Equity in Real Estate (value of property less what you owe)   ∅
  Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)   ∅
  Other (be specific)
  Do you own anything else of value? ☐ Yes ☐ No
  (land, house, boat, TV, stereo, jewelry)
  If so, describe ∅   ∅

TOTAL LIQUID ASSETS   $ ∅

5.  Affidavit/Request

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

My Commission Expires 8-7-2007

Sworn to and subscribed before me this

__8__ day of __October__, __06__.

_____ E. ___  
Judge/Clerk/Notary

Affiant's Signature: Eddie Joe Seago, Sr.

Print or Type Name: EDDIE JOE SEAGO, SR.

### ORDER OF COURT

**SECTION II.**
  IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
  ☐ Affiant is not indigent and request is DENIED.
  ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
  ☐ Affiant is indigent and request is GRANTED.
  ☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, ____.

_____
Judge