Eddie Joe Seago, Sr.
#45456  B-Pod Cell #2
901 East Main Street
Dothan, Alabama 36301

RECEIVED
2006 OCT 12 A 9:23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

October 8, 2006

1:06cv925-MHT

United States District Clerk's Office
U.S. Courthouse Complex
One Church St., P.O. Box 711
Montgomery, Alabama 36101-0711

RE: Statute 1983 Civil Complaint / Additional Cover Sheet / Appointment of Counsel.

To the United States District Court's Clerk,

I would like to file my complaint. I realize that I am not capable of pursuing such a claim alone and request appointment of counsel. I think I already "messed" up my Cover Sheet and ask that you or counsel would provide another.

Enclosed is the cover letter from the Honorable Judy Byrd, directing

ME TO YOUR OFFICE, PLEASE RETURN THE COPY ALONG WITH A FILING DATE, AND HOPEFULLY AN ATTORNEY TO REPRESENT ME.

I THANK YOU IN ADVANCE FOR ANY AND ALL ASSISTANCE IN PURSUING THIS CLAIM.

Sincerely

Eddie Joe Seago, Sr.



# JUDY BYRD

CIRCUIT CLERK
AND
DISTRICT COURT CLERK
HOUSTON COUNTY
DOTHAN, ALABAMA 36302

Elaine Love
Chief Clerk

(334) 677-4858
P.O. Drawer 6406

October 6, 2006

Dear Mr. Seago,

    The amount of the judgment you are filing for is over the limit for our District Court in Houston County. However, below you will find the address for the United States District Court in Montgomery, Alabama. Also enclosed is a cover sheet you may want to send with your complaint, as well as a hardship affidavit.

Yours truly,


JUDY BYRD
CLERK OF HOUSTON COUNTY

cb


UNITED STATES DISTRICT CLERK'S OFFICE
U.S. COURTHOUSE COMPLEX
ONE CHURCH ST., P. O. BOX 711
MONTGOMERY, AL    36101-0711