**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sgt. T. Marsh
   Houston County Jail
   901 East Main Street
   Dothan, AL 36301

   06cv925 C+O.P.

2. Article Number
   (Transfer from service label)

   7003 0500 0002 7929 4798

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Joanne Weerick_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Joanne Williams
C. Date of Delivery: 10/18/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes