**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Mann World_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

Idone Williams   10/18/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

M. Smith, COI
Houston County Jail
901 East Main Street
Dothan, AL 36301

06cv 925   C & O. P.

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7001 1140 0000 8717 0186

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540