**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

S. Moon, COI
Houston County Jail
901 East Main Street
Dothan, AL  36301

06 cv 925 C + O.P.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Joanne Williams_        ☐ Agent
                            ☐ Addressee

B. Received by ( Printed Name)        C. Date of Delivery
Joanne Williams                       10/16/06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)      7001 1140 0000 8717 0193

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540