Eddie Joe Seago, Sr.
#45456 B-Pod Cell #2
901 East Main Street
Dothan, Alabama 36301

October 19, 2006

United States District Clerks Office
U.S. Courthouse Complex
One Church Street / P.O. Box 711
Montgomery, Alabama 36101-0711

RE: Civil Action No. 1:06-CV-925-MHT /
<u>Adress'es of Named Defendants</u>

To the Honorable Clerk,

It is to my understanding that I, the Plaintiff is responsible for providing the Adress'es of the Defendants named in my Civil Complaint. I am an inmate and am Restricted concerning Employee's Adress'es.

Therefore, I can only provide the work Adress'es as to where the Defendants are employed. I can only pray that the place of employment is a proper

Place for the Defendants to be Served.

1). Nurse Bail,     901 East Main Street
                    Dothan, Alabama 36301

2). Sgt. T. Marsh   901 East Main Street
                    Dothan, Alabama 36301

3). COI S. Mood     901 East Main Street
                    Dothan, Alabama 36301

4). COI M. Smith    901 East Main Street
                    Dothan, Alabama 36301

Respectfully Submitted on this 19th day of October 2006.

*Eddie Joe Seago, SR.*
EDDIE JOE SEAGO, SR.