IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDDIE JOE SEAGO, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:06-CV-925-MHT |
| | ) |
| HOUSTON COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Defendants in the above-styled cause, and respectfully request a forty-one (41) day extension through and until January 5, 2007, in which to file their Special Report and Answer filed with this court, and as grounds therefore state as follows:

1. That Defendants Special Report and Answer is currently due in this case on November 25, 2006.

2. That due to the serious illness and prolonged hospitalization and treatment of one of the primary defendants, the undersigned has not been able to meet with all the necessary defendants to prepare the Defendant's Special Report and Answer.

3. That said defendant has not been able to return to work or otherwise physically assist the undersigned in the preparation of the Special Report and Answer.

4. That as of this date, said defendant is expected to be capable of assisting the undersigned during the first part of December, 2006 in the preparation of said Special Report and Answer.

5.  That the undersigned has met with the other defendants with regard to information necessary for said Special Report and Answer.

WHEREFORE, Defendants respectfully request a forty-one (41) day extension through and until January 5, 2007, in which to file their Special Report and Answer in this case.

Dated this 22nd day of November, 2006.

Respectfully submitted,

**s/Gary C. Sherrer**
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing upon, Eddie Joe Seago, Sr., c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 22nd day of November, 2006.

**s/Gary C. Sherrer**
OF COUNSEL