IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDDIE JOE SEAGO, SR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:06-CV-925-MHT |
| | ) |
| HOUSTON COUNTY JAIL, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendants on November 22, 2006 (Court Doc. No. 15), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the defendants be GRANTED an extension from November 27, 2006 to and including December 18, 2006 to file their special report and answer.

Done this 27th day of November, 2006.

                                                                  /s/ Delores R. Boyd
                                                                  DELORES R. BOYD
                                                                  UNITED STATES MAGISTRATE JUDGE