IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDDIE JOE SEAGO, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-CV-925-MHT |
| | ) |
| NURSE GAIL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On November 9, 2006, this court entered an order, a copy of which the Clerk mailed to the plaintiff. The postal service returned this order because the plaintiff was no longer at the address he had provided for service. In the order of procedure entered in this case, the court instructed the plaintiff that he must immediately inform the court of any new address. *See Order of October 16, 2006 - Court Document No. 6* at 4. It is clear from the foregoing that the plaintiff has failed to comply with this requirement. This case cannot properly proceed in this court if the whereabouts of the plaintiff remain unknown. Accordingly, it is

ORDERED that:

1. On or before December 8, 2006, the plaintiff shall show cause why this case should not be dismissed for his failure to comply with the orders of this court and his failure to adequately prosecute this action.

2. The defendants shall file no response to the complaint unless and until further

order of this court.

The plaintiff is specifically *cautioned* that if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done this 28th day of November, 2006.

       /s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE