IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDDIE JOE SEAGO, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06-CV-925-MHT |
| ) | [WO] |
| ) | |
| NURSE GAIL, et al., ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On October 12, 2006, Eddie Joe Seago, Sr. ["Seago"], a county inmate, filed this 42 U.S.C. § 1983 action in which he complained of the conditions of confinement during his incarceration at the Houston County Jail. The court recently ascertained that Seago no longer resides at the last address he had provided for service. The order of procedure specifically directs Seago to immediately inform the court of any new address. *See Order of October 16, 2006 - Court Document No. 6* at 4. Since Seago failed to comply with this directive, the court entered an order requiring that on or before December 8, 2006 Seago inform this court of his present address. *See Order of November 28, 2006 - Court Document No. 17*. Additionally, the court cautioned Seago that his failure to comply with the directives of the aforementioned order would result in a recommendation that this case be dismissed. *Id*. at 2. Seago has filed nothing in response to the order entered on November 28, 2006.

The court therefore concludes that this case is due to be dismissed.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to properly prosecute this action and his failure to comply with the orders of this court. It is further

**ORDERED that on or before December 27, 2006 the parties may file objections to the Recommendation**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 13th day of December, 2006.

                                    **/s/ Delores R. Boyd**
                                    DELORES R. BOYD
                                    UNITED STATES MAGISTRATE JUDGE