IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDDIE JOE SEAGO, SR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:06-CV-925-MHT |
| ) | WO |
| NURSE GAIL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on December 13, 2006 (Doc. # 18), that this case be dismissed without prejudice for the plaintiff's failure to properly prosecute this action and his failure to comply with the orders of this court.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

Done this the 30th day of January, 2007.

　　　　　　　　　　　　　　　　　　/s/  Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE